In the Matter of the Application of JOHN J. PERSHICK, Respondent, for a Peremptory Order of Mandamus against FIORELLO H. LAGUARDIA, Mayor, and Others, Constituting the Board of Estimate and Apportionment of the City of New York, and Others, Appellants.— Peremptory mandamus order reversed on the law and not in the exercise of discretion, with costs, and the application denied. The petitioner was vested with no rights by reason of the passage of the earlier resolution adopted by the board of estimate and apportionment, which permitted the continuance of the petitioner in his employment in the department of docks as a dockbuilder to not later than December 29, 1934, after he had attained the age of seventy years. By operation of law he was subject to retirement by reason of age limitation, subject only to continuance in the public service for a period not longer than two years by the board of estimate and apportionment after reaching the age of seventy years. (Greater New York Charter, § 1710, subd. 1.) The discretion of the board of estimate and apportionment to shorten the period by subsequent action was not inconsistent with the previous resolution. (*Lazarus* v. *City of New York*, 242 App. Div. 814.) Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of Proving the Last Will and Testament of MARY E. ROCHE, Deceased, as a Will of Real and Personal Property. EDMUND McARDLE, Appellant; HELEN ABBEY, as Executrix, etc., of MARY E. ROCHE, Deceased, Respondent.— In a probate proceeding, decree of the Surrogate's Court of Westchester county admitting the will to probate reversed on the law and the facts and a new trial ordered, with costs to the appellant to abide the event. In our opinion, the surrogate erred in excluding testimony of Dr. Fulton as to the physical and mental condition of the decedent on the day she executed the will, also as to the effect of the diseases from which she was suffering upon the mind and upon the brain. The surrogate also erred in excluding testimony as to the part Henry Abbey took in discussing decedent's affairs and the preparation of the will, also testimony tending to show that decedent could only be seen with Mrs. Buckhout's permission and that she also needed some one to take care of her and her business. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.